**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHARLES LYONS,<br><br>      Plaintiff,<br>v.<br><br>CEO Yehontan Sade, et al.,<br><br>      Defendants. | CIVIL ACTION FILE<br><br>NO. 1:24-CV-05804-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE.**

Dated at Atlanta, Georgia, this 12th day of March, 2025.

                                           KEVIN P. WEIMER
                                           CLERK OF COURT

                                      By:  s/D. Ross
                                             Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 12, 2025
Kevin P. Weimer
Clerk of Court

By:    s/D. Ross
      Deputy Clerk